UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:25-cv-08430-SPG-AJR | Date | May 18, 2026 |
|---|---|---|---|
| Title | Jane AB Doe v. G6 Hospitality LLC, et al. | | |

| Present: The Honorable | SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE |
|---|---|

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:    (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION AND LACK OF SERVICE**

On May 14, 2026, the Court issued an order granting the motions to dismiss filed by Defendants G6 Hospitality LLC, G6 Hospitality Franchising LLC, Red Roof Inns, Inc., and Motel 6 Gardena CA (the "Moving Defendants"). (ECF No. 55). Aside from the Moving Defendants, Plaintiff has brought claims against a multitude of other Defendants that have not appeared in this action.

First, the record reflects that Plaintiff has filed proof of service on Defendants Super 8 by Wyndham; Studio 6 Dallas TX; Motel 6 Los Angeles CA; Motel 6 Dallas TX; and Motel 6 Austin TX (the "Served Defendants"). Despite filing proof of service and these Defendants not filing any responsive pleading, Plaintiff has not sought default judgment or otherwise pursued her claims against these Defendants. Accordingly, the Court ORDERS Plaintiff to show cause within thirty (30) days why the claims against the Served Defendants should not be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b). Failure to respond to this Order shall be deemed consent to dismissal of these claims.

Second, Plaintiff has named the following entities as Defendants, none of which have appeared or been served in connection with this action: Days Inn by Wyndham Houston; Super 8 by Wyndham Richardson Dallas; Transportation Building Corporation; PSCD Interests LLC; Preet Hospitality Inc.; Wyndham Hotel Group, LLC; 906 Alvarado LLC; Wyndham Hotel & Resorts, Inc.; Payal Patel; Days Inn Worldwide, Inc.; Diwali Houston East LLC; Lemoli Inn LLC; Dhan Taxmi LLC; AUM Sriram, LLC; and Super 8 Worldwide, Inc. (the "Non-Served Defendants"). *See* (ECF No. 40 at 1). Under Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." It appears that Plaintiff has not effectuated service on any of these Defendants within 90 days after filing her complaint. Accordingly, the Court ORDERS Plaintiff to show cause why her claims against the Non-

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:25-cv-08430-SPG-AJR | Date | May 18, 2026 |
|---|---|---|---|
| Title | Jane AB Doe v. G6 Hospitality LLC, et al. | | |

Served Defendants should not be dismissed for failure to serve. *See* Fed. R. Civ. P. 4(m). Failure to respond to this Order shall be deemed consent to dismissal of these claims.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer   pg